

FILED
CLERK, U.S. DISTRICT COURT
OCT 28 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>Marcus Antonio Redick<br>　　　　　Defendant. | Case No.: SA14CR21-DOC<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- ALLEGATION OF ABSCONDING
- SUBMISSION

1

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/28/16

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge